IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND, et al. of CARPENTERS PENSION FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> PHOENIX CCI LLC and IRMA R. HOLLOWAY, an individual, <br><br> Defendants. | ) <br> ) <br> ) <br> ) 25-cv-1388 <br> ) <br> ) Hon. Jorge L. Alonso <br> ) <br> ) <br> ) <br> ) <br> ) |

## Notice of Voluntary Dismissal

To: Phoenix CCI LLC
Irma Holloway
4747 Lincoln Mall Dr.
Matteson, IL 60443

PLEASE TAKE NOTICE that on May 7, 2025, pursuant to Fed. R. Civ. P. 41 (a)(1)(i), the plaintiffs hereby voluntarily dismiss this action without prejudice.

Trustees of the Mid-America Carpenters
Regional Council Health Fund et al.

By: s/ Daniel P. McAnally
    Attorney for Plaintiffs


### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Notice of Dismissal via U.S. first class mail to the person to who said Notice is directed on May 7, 2025.

Daniel P. McAnally
McGann, Ketterman & Rioux
111 E. Wacker Drive, Suite 2300
Chicago, IL 60601
(312) 251-9700
dmcanally@mkrlaborlaw.com